West Town Real Estate Corporation, Appellant, v.
Frank E. Willett, Appellee.

Gen. No. 43,833.

opinion filed April 2, 1947; rehearing denied April 25, 1947; released for publication April 25, 1947. George J. Zimmerman, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.